■ In the Matter of CHERYL H., Respondent, v THOMAS G. L., Appellant. [638 NYS2d 1025] —Order unanimously affirmed without costs. Memorandum: An order of filiation is not appealable as of right where support was sought in the paternity petition (Family Ct Act § 1112 [a]; *Matter of Jane PP. v Paul QQ.,* 64 NY2d 15, 17; *Matter of Cheryl A. B. v Michael Anthony D.,* 197 AD2d 851). In the exercise of our discretion, we deem the notice of appeal to be an application for leave to appeal, and we grant leave *(see,* Family Ct Act § 1112 [a]; *Matter of Niagara County Dept. of Social Servs. [Kay B.] v Samuel M.* [appeal No. 1] 222 AD2d 1071). (Appeal from Order of Monroe County Family Court, Houston, J.H.O.—Paternity.) Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCHOINE COOK, Appellant. [637 NYS2d 947] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Robbery, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Callahan and Doerr, JJ.